THE YORK COUNTY NATIONAL BANK OF YORK, PENNSYLVANIA, a corporation under the laws of the United States of America, *v.* DELINE & ELMS, INC., a corporation of the State of New York, and CRANE & BUCKET RENTING CO., INC., a corporation of the State of New York.

THE EMPLOYERS MUTUAL INSURANCE COMPANY OF NEW YORK, a corporation existing under the laws of the State of New York, *v.* CRANE & BUCKET RENTING CO., INC., a corporation existing under the laws of the State of New York.

(*May* 19, 1932.)

RICE and RODNEY, J. J., sitting.

*Hering* and *Morris* for petitioner.

*William S. Potter* (of Ward and Gray) for plaintiffs.

Superior Court for New Castle County, Foreign Attachments, Nos. 3, May Term, and 88, September Term, 1931.

RICE, J., in granting the motions to dismiss the petitions to intervene, in substance, said: That the petitioner had already replevied the shovels seized in the attachment proceedings and as its right to retain such shovels under its conditional sale contract could be determined in those actions, there was no good reason why it should be permitted to intervene in these cases.